UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL HAMPTON (334976)

VERSUS

LOUISIANA STATE PAROLE BOARD, ET AL

CIVIL ACTION

NO. 11-572-BAJ-CN

**RULING**

The Court, having carefully considered the motion, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 18, 2011 (doc. 11), and plaintiff's objection thereto, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's motion for summary judgment (doc. 6) is hereby denied, and summary judgment is granted, sua sponte, in favor of the defendants, and this action shall be dismissed, with prejudice.

Baton Rouge, Louisiana, December 23, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA